IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF :
:
INFORMATION ASSOCIATED WITH : CASE NO. 3:15MJ075
THE INSTAGRAM ACCOUNT :
"RICHFOREVERLANCE" THAT IS STORED :
AT PREMISES CONTROLLED BY :
INSTAGRAM :

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection until further Order of the Court, or the expiration of 120 days, whichever comes first.

June 14, 2016
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE